# In The United States Court of Federal Claims

Cover Sheet 06-24 T

Plaintiff(s) or Petitioner(s)
TransCapital Leasing Associates 1994-I L.P., Plains Capital Corporation, PlainsCapital Bank, Plains Financial Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] M. Todd Welty

Firm Name: Meadows, Owens, et. al.

Post Office Box:

Street Address: 901 Main Street, Suite 3700

City-State-Zip: Dallas, Texas 75202

Telephone & Facsimile Numbers: (T) 214-749-2459 (F) 800-451-0093

E-mail address: twelty@meadowsowens.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 2 2 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 318, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: T R E

See attached Sheet for three digit code.

Amount Claimed: $ 3,973,931

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005