# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership, **(2) Plains Capital Corporation**, a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank**, a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation**, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**United States of America,**<br><br>**Defendant.** | § § § § § § § § § § § § § § § § § § § § § | FILED JAN - 6 2006 U.S. COURT OF FEDERAL CLAIMS<br><br>**CASE NO.** ______ |

## NONGOVERNMENTAL CORPORATE PARTY DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiffs discloses the following:

1. Plains Financial Corporation is 90% owned by PlainsCapital Bank f/k/a Plains National Bank.

2. PlainsCapital Bank f/k/a Plains National Bank is wholly owned by Plains Capital Corporation.

3. Neither PlainsCapital Bank f/k/a Plains National Bank nor Plains Capital Corporation is a publicly-traded company.

Respectfully submitted,

By: ______________________
M. Todd Welty

Date: January 5, 2006

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.

901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com

ATTORNEY-IN-CHARGE
FOR PLAINTIFFS