IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-24 T<br>Judge Marian Blank Horn |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. House as the attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David R. House, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

s/David R. House

DAVID R. HOUSE
Justice Department (Tax)
Court of Federal Claims Section
(202) 616-3366 (telephone)
(202) 514-9440 (facsimile)