IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Marian Blank Horn)

No. 06-24 T

TRANSCAPITAL LEASING ASSOCIATES 1994, I L.P. et al.
Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from March 7, 2006, to May 6, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff's have no objections to the requested 60-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on January 6, 2006. The defense recommendation by the Office of Chief Counsel of the Internal Revenue Service has been requested and files necessary to reply to plaintiffs' complaint have been ordered, but not yet received by the Department of Justice. Because of the nature of the issues presented by this case, various branches of the Office of Chief Counsel must coordinate in preparing the defense

recommendation. In addition, various components of the Department of Justice must coordinate in the preparation of the response to plaintiffs' complaint. The additional time requested is required to allow for receipt of the administrative files, preparation of the defense recommendation by the Office of Chief Counsel, for the Department of Justice to receive and review the files and defense recommendation, and for the coordination within the Department of Justice on preparation of the appropriate response.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House
DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims