IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-24 T<br>Judge Marian Blank Horn |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of the following Department of Justice Attorney, as attorney of record for the United States, in substitution for David R. House. Service of all papers by opposing parties should be addressed as follows:

WAYMON G. DuBOSE, JR.
U.S. Department of Justice
Tax Division
717 N. Harwood, Suite 400
Dallas, Texas 75201

Dated: June 1, 2006

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

CERTIFICATE OF SERVICE

I certify that service of the foregoing Notice of Appearance has, this 1st day of June, 2006, been made on plaintiff's counsel by mailing a copy thereof, in a paid envelope, to the following address:

M. Todd Welty, Esquire
Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.