IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | |
| Plaintiffs, | § | |
| v. | § | No. 06-24-T<br>Judge Marian Blank Horn |
| UNITED STATES OF AMERICA, | § | |
| Defendant. | § | |

ANSWER OF UNITED STATES

The United States answers the Petition for Readjustment of Partnership Items under 26 U.S.C. § 6226, as follows[1]:

FIRST DEFENSE

The relief sought by petitioners should be denied because the transactions at issue lacked economic substance and had no business purpose.

[1]The use of the terms"partnership,""partner,"and "partnership" in reference to TransCapital Leasing Associates 1994-I, L.P. does not constitute an admission that it was a valid partnership or the relation of partners existed for federal income tax purposes. Similarly, use of the terms "purchase," "purchased," "invest," "sale," "sold," "transfer," "note," "loan," "finance,""interest," "member," "exchange," "paid," "assign," "assume," "lease," "leased, " "obligated," "lien," "holder," "own," "owner" together with all derivatives and related terms, to refer to transactions described as such does not constitute an admission that those transactions should be so characterized for federal income tax purposes.

SECOND DEFENSE

The allocations of income and expenses made by TransCapital Leasing Associates 1994-I, L.P. do not properly reflect income and expenses. The expenses should therefore be reallocated under 26 U.S.C. § 482.

THIRD DEFENSE

TransCapital Leasing Associates 1994-I L.P.'s sale to Aardan Leasing Corporation of the right to receive rental income from Blue Cross Blue Shield of North Dakota and Carolina Freight Carriers Corporation was a financing arrangement and not a sale.

FOURTH DEFENSE

The contribution by TransCapital Leasing Associates 1992-IX, L.P. of a partnership interest in TransCapital Leasing Associates 1994-I L.P. to Plains Financial Corporation should be recharacterized as a taxable sale.

FIFTH DEFENSE

Plains Capital Corporation acquired control of Plains Financial Corporation with the principal purpose of evasion or avoidance of Federal income tax by securing the benefit of a deduction, credit, or other allowance that Plains Capital Corporation would not otherwise enjoy. Therefore, under 26 U.S.C. § 269 such deduction, credit, or other allowance should be disallowed.

SIXTH DEFENSE

Under the "substance over form" doctrine, the deductions at issue are not allowable for federal income tax purposes.

SEVENTH DEFENSE

TransCapital Leasing Associates 1994-I, L.P. is not a valid partnership under subchapter K of Title 26. Therefore, the allocations of income, expense, etc. it reported on the tax returns at issue should not be respected for tax purposes.

EIGHTH DEFENSE

For further answer to the Petition, the United States denies such allegations contained therein, not admitted, qualified or expressly referred to below:

1. Admits the allegations contained in paragraph 1 of the Petition.

2. Admits the allegations contained in paragraph 2 of the Petition.

3. Admits the allegations contained in paragraph 3 of the Petition.

4. Admits the allegations contained in paragraph 4 of the Petition.

5. Admits the allegations contained in paragraph 5 of the Petition.

6. Admits the allegations contained in paragraph 6 of the Petition.

7. Admits the allegations contained in paragraph 7 of the Petition.

8. Admits the allegations contained in paragraph 8 of the Petition.

9. Admits the allegations contained in paragraph 9 of the Petition.

10. Admits the allegations contained in paragraph 10 of the Petition.

11. Admits the allegations contained in paragraph 11 of the Petition.

12. Admits the allegations contained in paragraph 12 of the Petition.

13. Admits the allegations contained in paragraph 13 of the Petition.

14. Admits the allegations contained in paragraph 14 of the Petition.

15. Admits the allegations contained in paragraph 15 of the Petition, but avers the Attorney General is Alberto R. Gonzales.

16. Admits the allegations contained in paragraph 16 of the Petition.

17. Denies the allegations contained in paragraph 17 of the Petition.

18. Denies the allegations contained in paragraph 18 of the Petition.

19. Denies the allegations contained in paragraph 19 of the Petition.

20. Denies the allegations contained in paragraph 20 of the Petition.

21. Denies the allegations contained in paragraph 21 of the Petition.

22. Denies the allegations contained in paragraph 22 of the Petition.

23. Denies the allegations contained in paragraph 23 of the Petition.

24. Admits the allegations contained in paragraph 24 of the Petition.

25. Admits the allegations contained in paragraph 25 of the Petition.

26. Admits that Plaintiffs deposited $3,973,931 with the Commissioner but lacks sufficient knowledge or information to admit or deny the truth of the remaining allegations contained in paragraph 26 of the Petition.

27. Admits the allegations contained in paragraph 27 of the Petition.

28. Admits the allegations contained in paragraph 28 of the Petition.

29. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 29 of the Petition.

30. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 30 of the Petition.

31. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 31 of the Petition.

32. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 32 of the Petition.

33. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 33 of the Petition.

34. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 34 of the Petition.

35. Denies the allegations contained in paragraph 35 of the Petition.

36. Denies the allegations contained in paragraph 36 of the Petition.

37. Denies the allegations contained in paragraph 37 of the Petition.

38. Denies the allegations contained in paragraph 38 of the Petition.

39. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 39 of the Petition.

40. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 40 of the Petition.

41. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 41 of the Petition.

42. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 42 of the Petition.

43. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 43 of the Petition.

44. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 44 of the Petition.

45. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 45 of the Petition.

46. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 46 of the Petition.

47. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 47 of the Petition.

48. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 48 of the Petition.

49. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 49 of the Petition.

50. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 50 of the Petition.

51. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 51 of the Petition.

52. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 52 of the Petition.

53. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 53 of the Petition.

54. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 54 of the Petition.

55. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 55 of the Petition.

56. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 56 of the Petition.

57. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 57 of the Petition.

58. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 58 of the Petition.

59. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 59 of the Petition.

60. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 60 of the Petition.

61. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 61 of the Petition.

62. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 62 of the Petition.

63. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 63 of the Petition.

64. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 64 of the Petition.

65. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 65 of the Petition.

66. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 66 of the Petition.

67. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 67 of the Petition.

68. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 68 of the Petition.

69. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 69 of the Petition.

70. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 70 of the Petition.

71. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 71 of the Petition.

72. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 72 of the Petition.

73. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 73 of the Petition.

74. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 74 of the Petition.

75. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 75 of the Petition.

76. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 76 of the Petition.

77. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 77 of the Petition.

78. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 78 of the Petition.

79. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 79 of the Petition.

80. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 80 of the Petition.

81. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 81 of the Petition.

82. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 82 of the Petition.

83. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 83 of the Petition.

84. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 84 of the Petition.

85. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 85 of the Petition.

86. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 86 of the Petition.

87. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 87 of the Petition.

88. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 88 of the Petition.

89. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 89 of the Petition.

90. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 90 of the Petition.

91. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 91 of the Petition.

92. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 92 of the Petition.

93. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 93 of the Petition.

94. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 94 of the Petition.

95. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 95 of the Petition.

96. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 96 of the Petition.

97. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 97 of the Petition.

98. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 98 of the Petition.

99. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 99 of the Petition.

100. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 100 of the Petition.

101. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 101 of the Petition.

102. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 102 of the Petition.

103. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 103 of the Petition.

104. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 104 of the Petition.

105. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 105 of the Petition.

106. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 106 of the Petition.

107. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 107 of the Petition.

108. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 108 of the Petition.

109. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 109 of the Petition.

110. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 110 of the Petition.

111. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 111 of the Petition.

112. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 112 of the Petition.

113. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 113 of the Petition.

114. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 114 of the Petition.

115. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 115 of the Petition.

116. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 116 of the Petition.

117. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 117 of the Petition.

118. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 118 of the Petition.

119. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 119 of the Petition.

120. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 120 of the Petition.

121. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 121 of the Petition.

122. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 122 of the Petition.

123. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 123 of the Petition.

124. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 124 of the Petition.

125. Lacks sufficient knowledge or information to admit or deny the truth of the allegations in the first sentence, but admits the remaining allegations contained in paragraph 125 of the Petition.

126. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 126 of the Petition.

127. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 127 of the Petition.

128. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 128 of the Petition.

129. Lacks sufficient knowledge or information to admit or deny the truth of the allegations contained in paragraph 129 of the Petition.

130. Defendant incorporates its responses to paragraphs 1 through 129 of the Petition.

131. Denies the allegations contained in paragraph 131 of the Petition.

132. Denies the allegations contained in paragraph 132 of the Petition.

133. Denies the allegations contained in paragraph 133 of the Petition.

134. Denies the allegations contained in paragraph 134 of the Petition.

135. Denies the allegations contained in paragraph 135 of the Petition.

136. Denies the allegations contained in paragraph 136 of the Petition.

137. Denies the allegations contained in paragraph 137 of the Petition.

138. Denies the allegations contained in paragraph 138 of the Petition.

139. Denies the allegations contained in paragraph 139 of the Petition.

140. Defendant incorporates its responses to paragraphs 1 through 139 of the Petition.

141. Denies the allegations contained in paragraph 141 of the Petition.

142. Denies the allegations contained in paragraph 142 of the Petition.

143. Denies the allegations contained in paragraph 143 of the Petition.

144. Denies the allegations contained in paragraph 144 of the Petition.

145. Denies the allegations contained in paragraph 145 of the Petition.

146. Denies the allegations contained in paragraph 146 of the Petition.

147. Denies the allegations contained in paragraph 147 of the Petition.

148. Denies the allegations contained in paragraph 148 of the Petition.

WHEREFORE, the United States respectfully prays that the Court sustain the adjustments set forth in the FPAAs in all respects, deny the relief requested in the Petition, and dismiss that portion of the Petition that seeks to recover $3,973,931, plus interest. The United States also prays for general relief.

June 5, 2006

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9721 (Main)
(214) 880-9741 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Answer of United States has been made on the __5th___ day of June, 2006, by been made on plaintiff's counsel by mailing a copy thereof, in a paid envelope, to the following address:

M. Todd Welty, Esquire
Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202

/s/ Waymon G. DuBose, Jr.
WAYMON G. DuBOSE, JR.