# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: June 9, 2006**

## O R D E R

As previously discussed with the parties, the court **SCHEDULES** a status conference in the above-captioned case for **Monday, June 26, 2006, at 2:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, NW, Washington, DC 20006. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (214) 744-3700 and defendant's counsel at (202) 616-3366. The parties shall be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**