# In the United States Court of Federal Claims

| | |
|---|---|
| TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES,<br>Defendant. | **No. 06-24T**<br>**Filed: June 27, 2006** |

**O R D E R**

The court held a status conference in the above-captioned case on June 26, 2006. At the conference, the parties indicated the need for what the plaintiff estimated as a 9 month discovery period as opposed to up to 24 months requested by the defendant. Because the parties and issues in this case resemble a number of previously adjudicated cases by these attorneys and include certain related parties, discovery will close on or before **Monday, June 25, 2007**. The parties shall file their joint preliminary status report on or before **Thursday, July 27, 2006**. On or before **Monday, September 25, 2006; Friday, December 29, 2006; Monday, March 26, 2007; and Friday, June 29, 2007**, the parties shall file joint status reports, addressing the results of discovery; settlement discussions and prospects, but without numbers; the status of related cases, including captions, dates, citations, and the impact on the above-captioned case; and whether the case should be resolved by motion practice or trial. The June 29, 2007 report also shall include a proposed schedule for the resolution of the case. The court will schedule a status conference after receipt of the June 29, 2007 joint status report.

Furthermore, if defendant contemplates filing a motion to dismiss, defendant shall immediately advise chambers staff at (202) 357-6580. Before either party files a motion for summary judgment, the moving party shall so advise chambers staff and, before any summary judgment motion is filed by either party, the proposed filing shall be discussed at a status conference, which the court will schedule after being notified.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**