**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership, **(2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER | § | **CASE NO. 06-24-T** |
| | § | **Judge Marian Blank Horn** |
| **Plaintiffs,** | § | |
| v. | § | |
| **United States of America,** | § | |
| **Defendant.** | § | |

**PLAINTIFFS' RCFC 26(a)(1) DISCLOSURES**

The Plaintiffs, under Rule 26(a)(1) of the Rules of the United States Court of Federal Claims, make the following disclosures:

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Jeff Isom
Executive Vice President and Chief Financial Officer
Plains Capital Corporation
2911 Turtle Creek Blvd.
Suite 700
Dallas, Texas 75219
(214) 252-4010

Mr. Isom has information about the transactions at issue and the business purpose for entering into them.

DeWayne V. Pierce
Senior Executive Vice President
Plains National Bank
5010 University Avenue
Lubbock, Texas 79413
(806) 791-7382

Mr. Pierce has information about the transactions at issue and the business purpose for entering into them.

Rick Martin, CPA
Robinson, Burdette, Martin & Cowan, LLP
1500 Broadway
Suite 1300
Lubbock, Texas 79401
(806) 744-3333

Mr. Martin was Plaintiffs' CPA and prepared the tax returns for Plaintiffs and related entities for the tax years at issue. Mr. Martin has information about the tax reporting of the transactions, although he was not contemporaneously involved in the transactions.

Don Butler
TransCapital Corporation
161 East Avenue, Suite 104
Norwalk, Connecticut 06851
(203) 866-4512

Mr. Butler is Executive Vice President of TransCapital Corporation and was involved in various aspects of the investment at issue in this case.

Joseph F. Campagna
TransCapital Corporation
8150 Leesburg Pike, Suite 1114
Vienna, Virginia 22182
(703) 758-2270

Mr. Campagna is President of TransCapital Corporation and was involved in various aspects of the investment at issue in this case.

Joy Nazzaro
TransCapital Corporation
161 East Avenue, Suite 104
Norwalk, Connecticut 06851
(203) 866-4512

Ms. Nazzaro is an employee of TransCapital Corporation and was involved in various aspects of the investment at issue in this case.

Nick Ferraro
TransCapital Corporation
161 East Avenue, Suite 104
Norwalk, Connecticut 06851
(203) 866-4512

Mr. Ferraro is Vice President and Treasurer of TransCapital Management Corporation and was involved in various aspects of the investment at issue in this case.

Richard St. Francis
TransCapital Corporation
161 East Avenue, Suite 104
Norwalk, Connecticut 06851
(203) 866-4512

Mr. St. Francis is Vice President of TransCapital Management Corporation and was involved in various aspects of the investment at issue in this case.

Jay H. Zukerman, Esq.
Ernst & Young, LLP
5 Times Square
New York, New York 10036-6530
(212) 773-3270

Mr. Zukerman was the General Counsel of TransCapital Corporation during the relevant time period and was involved in various aspects of the transactions at issue in this case.

Eric Lund
2320 W 287 Business
Waxahachie, Texas 75167
(972) 937-9243

Mr. Lund was an employee of TransCapital Corporation and was involved in various aspects of the investment at issue in this case.

Ralph Page, ASA
2847 Allred Street
Lakewood, CA 90712
(213) 385-1515

Mr. Page is a former employee of Marshall & Stevens and appraised the value of the equipment involved in the transactions at issue in this case.

Retta Smith
TransCapital Corporation
161 East Avenue, Suite 104
Norwalk, Connecticut 06861
(203) 866-2569

Ms. Smith was the Custodian of Records for TransCapital Corporation and has knowledge of the authenticity of the transactional documents produced by TransCapital Corporation in this case.

Jon T. Flask, Esq.
Haight, Tramonte, Siciliano & Flask, P.C.
8221 Old Courthouse Road
Vienna, Virginia 22182
(703) 734-4800

Mr. Flask was a partner of Haight, Tramonte, Siciliano & Flask, P.C. -- the law firm which issued the tax opinion on the transactions at issue in this case.

Michael J. Hester
TransCapital Corporation
8150 Leesburg Pike, Suite 1114
Vienna, Virginia 22182
(203) 866-2569

Mr. Hester was the Vice President and Treasurer of TransCapital Management Corporation and was involved in the investment at issue in this case.

Joel Klein
Capital Asset Partners
3539 South Eastern Avenue
Las Vegas, Nevada 89109
or
Mithril Corporation
25 Sylvan Road South
Westport, Connecticut 06880
(203) 425-2070

Mr. Klein is the General Partner of Capital Asset Partners and Vice President of Mithril Corporation. He was involved in various aspects of the transaction at issue in this case.

Dali Masud
Aardan Leasing Corp.
78 Pond Place
Cos Cob, Connecticut 06807

M. Masud was Secretary/Treasurer of Aardan Leasing Group and was involved in various aspects of the transaction at issue in this case.

Kevin Pruett
IFC, Inc.
2021 West Melinda Lane
Phoenix, Arizona 85027
(623) 278-2700

Mr. Pruett was the Vice President of IFC, Inc. and was involved in the investment at issue in this case.

**(B) A copy of, or a description by category and location of, all document, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Plaintiffs are producing the following documents in electronic format on the CD enclosed.

a. PF000994 - Collateral Lease Assignment between Mithril Corporation and TransCapital Leasing Associates 1994-I Limited Partnership

b. PF001002 - Collateral Lease Assignment between Mithril Corporation and TransCapital Leasing Associates 1994-I Limited Partnership

c. PF001010 - Consulting Agreement between TransCapital Corporation and TransCapital Leasing Associates 1994-I Limited Partnership

d. PF001012 - Certificate of Limited Partnership of TransCapital Leasing Associates 1994-I Limited Partnership formed by TransCapital Management Associates Limited Partnership XII

e. PF001013 - Limited Partnership Agreement between TransCapital Management Associates Limited Partnership XII and TransCapital Leasing Associates 1992-IX Limited Partnership

f. PF001036 - Letter Re: Consent to Assignment of Limited Partnership Interest in TransCapital Leasing Associates 1994-I Limited Partnership

g. PF001038 - Lease Rental Purchase Agreement between TransCapital Leasing Associates 1994-I Limited Partnership and Aardan Leasing Corp.

h. PF001053 - Subscription Agreement TransCapital Leasing Associates 1992-IX Limited Partnership

i. PF001068 - Instrument of Assignment - TransCapital Leasing Associates 1992-IX Limited Partnership

j. PF001070 - Subscription Agreement - Plains National Bank

k. PF001079 - Shareholders Agreement between Plains National Bank and TransCapital Leasing Associates 1992-IX Limited Partnership

l. PF001083 - Appraisal Letter to TransCapital Corporation from Marshall & Stevens

m. PF001101 - Opinion Letter to Plains National Bank from Haight, Tramonte, Siciliano & Flask

n. PF001158 - Master Equipment Lease Agreement between Partners Capital Group and Blue Cross Blue Shield of North Dakota

o. PF001170 - Computer Equipment Lease between Old Colony Group, Inc. and Carolina Freight Carriers Corporation

p. PF001100 - Commitment Letter to Plains National Bank from Haight, Tramonte, Siciliano & Flask

Plaintiffs are withholding the following documents as privileged:

a. PF000518 - Letter from Hughes & Luce to Scott Luedke at Plains Capital Corporation dated August 15, 2005.

b. PF000553 - Letter from Plains Capital Corporation to Robert Davis of Hughes & Luce dated March 18, 2005.

c. PF000567 - Fax from Robert Davis of Hughes & Luce to Scott Luedke of Plains Capital Corporation dated November 4, 2004.

d. PF000575 - Letter from Plains Capital Corporation to Jenkens & Gilchrist dated April 1, 2004.

e. PF000583 - Letter from Hughes & Luce to Plains Capital Corporation dated October 25, 2004.

f. PF000587 - Workpapers dated December 1, 2004.

**(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiffs are entitled to a return of their payment of a jurisdictional deposit, interest and penalties for taxable years 1994-2000. As of the date of this Plaintiffs' Rule 26(a)(1) Disclosures, Plaintiffs have remitted payment of $6,798,105.83, which includes the jurisdictional deposit of $3,980,342.00 and penalties and interest of $2,817,763.83.

Respectfully submitted,

By: /s/ M. Todd Welty

M. Todd Welty
State Bar No. 00788642
MEADOWS, OWENS, COLLIER, REED, COUSINS & BLAU, L.L.P.
901 Main St., Ste. 3700
Dallas, TX 75202
(214) 744-3700 Tele.
(214) 747-3732 Fax
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on August 10, 2006, I electronically filed the Plaintiffs' Rule 26(a)(1) Disclosures with the Clerk of the Court for the United States Court of Federal Claims, by using the CM/ECF system, which will send a "Notice of Electronic Filing" to the below CM/ECF participant. I also certify that on the same date, I had hand-delivered the Plaintiffs' Rule 26(a)(1) disclosures and the CD-Rom, which contains the Rule 26(a)(1)(B) documents.

***Via CM/ECF and hand delivery***
Waymon G. DuBose, Jr.
United States Department of Justice
Tax Division
Maxus Energy Tower
717 North Harwood
Suite 400
Dallas, Texas 75201

/s/ M. Todd Welty