IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership, **(2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER **Plaintiffs,** | § | **CASE NO. 06-24-T** |
| **v.** | § | **Judge Marian Blank Horn** |
| **United States of America, Defendant.** | § | |

**JOINT STATUS REPORT**

In compliance with the Honorable Judge Marian Blank Horn's Order entered on June 27, 2006, the Parties hereby file this Joint Status Report.

1. Plaintiffs and Defendant, on August 9, 2006 and August 10, 2006, respectively, exchanged information and documents under Rule 26 of the Rules of the Court of Federal Claims.

2. On August 22, 2006, Plaintiffs served on Defendant Plaintiffs' First Set of Interrogatories and Plaintiffs' First Request for Production of Documents.

3. On September 21, 2006, Defendant served a Response to Plaintiffs' First Set of Interrogatories and a Response to Plaintiffs' First Request for Production of Documents.

4. The Parties are continuing to issue written discovery.

Respectfully submitted,

By: s/M. Todd Welty
M. TODD WELTY
Texas State Bar No. 00788642
TARA C. CAMPBELL
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF

By: s/Waymon G. DuBose, Jr.

WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9721 Telephone
214/880-9741 Facsimile
waymon.g.dubose@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: September 25, 2006