# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership**, (2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER | § § § § § § § § § § § § | **CASE NO. 06-24-T** |
| **Plaintiffs,** | § | **Judge Marian Blank Horn** |
| **v.** | § § | |
| **United States of America,** **Defendant.** | § § | |

## JOINT STATUS REPORT

In compliance with the Honorable Judge Marian Blank Horn's Order entered on June 27, 2006, the Parties hereby file this Joint Status Report.

1. On October 12, 2006, Defendant served on Plaintiffs Defendant's First Set of Interrogatories.

2. On November 13, 2006, Plaintiffs timely submitted to Defendant Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories.

3. On October 12, 2006, Defendant served on Plaintiffs Defendant's First Set of Requests for Production.

4. On November 13, 2006, Plaintiffs timely submitted to Defendant Plaintiffs' Objections and Responses to Defendant's First Set of Requests for Production and the corresponding documents.

5. The Parties are continuing with discovery.

Respectfully submitted,

By: s/M. Todd Welty
M. TODD WELTY
Texas State Bar No. 00788642
TARA C. CAMPBELL
Texas State Bar No. 24043452

MEADOWS, OWENS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowsowens.com
tcampbell@meadowsowens.com

ATTORNEYS FOR PLAINTIFF

By: s/Waymon G. DuBose, Jr.

WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9721 Telephone
214/880-9741 Facsimile
waymon.g.dubose@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel
ATTORNEY FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: December 22, 2006