**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership**, (2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER | § | CASE NO. 06-24-T<br>Judge Marian Blank Horn |
| Plaintiffs, | § | |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**PLAINTIFFS' COUNSEL'S NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that effective March 1, 2007, the law firm of Plaintiffs' counsel, Meadows, Owens, Collier, Reed, Cousins & Blau, L.L.P., has changed its name to Meadows, Collier, Reed, Cousins & Blau, L.L.P.

Please use this new name on all pleadings, correspondence and other documents in this matter.

Respectfully submitted,

By: s/M. Todd Welty
M. Todd Welty
State Bar No. 00788642
Tara C. Campbell
State Bar No. 24043452

MEADOWS, COLLIER, REED,
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: (214) 744-3700
Facsimile: (214) 747-3732

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of March 2007 the foregoing Plaintiffs' Counsel's Notice of Name Change was served on counsel listed below via electronic means.

Waymon G. DuBose, Jr., Esq.

s/M. Todd Welty