**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership**, (2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER **Plaintiffs,** | § | **CASE NO. 06-24-T** **Judge Marian Blank Horn** |
| **v.** | § | |
| **United States of America, Defendant.** | § | |

**JOINT STATUS REPORT**

In compliance with the Honorable Judge Marian Blank Horn's Order entered on June 27, 2006 (the "Order"), the parties hereby file this Joint Status Report.

1. The Order provides a discovery deadline of June 25, 2007 (the "Discovery Deadline") and four quarterly status reports. It does not provide any other scheduling deadlines. As reflected in the Joint Preliminary Status Report ("JPSR") that was filed with this Court on July 27, 2006, the parties disagree as to the scheduling deadlines. The parties have tried to come to an agreement, but have unfortunately been unsuccessful.

2. Plaintiffs' position

Plaintiffs believe that discovery can be completed by the Discovery Deadline. In the spirit of cooperation with Defendant, and subject to the Court's approval, Plaintiffs would agree to a 30-day extension of the Discovery Deadline. Plaintiffs oppose Defendant's deadlines proposed below.

3. Defendant's position

Defendant has been attempting to schedule the depositions of fact witness with Plaintiffs and third parties by agreement, but the process is moving slower than anticipated. Defendant submits that expert reports would be more meaningful to the Court if the experts can consider the deposition testimony of all fact witnesses before issuing their reports. Therefore, Defendant's counsel recently suggested to Plaintiffs' counsel an extension of the Discovery Deadline, but Plaintiffs are opposed to such extension. In addition, Defendant's counsel has recently learned that Defendant's experts, due to their workloads and deadlines in other matters, will have difficulty in preparing their reports in this case sooner than the discovery-completion date.

To resolve the disagreement, but subject to the Government's right to ask the Court to extend that Discovery Deadline and to increase the number of depositions, Defendant submits the following proposed scheduling plan:

| **Deadline** | **Date** |
|---|---|
| Designation of Expert Witnesses | April 15, 2007 |
| Completion of Factual Discovery | June 25, 2007 |
| Expert Witness Reports | July 25, 2007 |
| Rebuttal Expert Reports | August 25, 2007 |
| Completion of Expert Witness Discovery | September 25, 2007 |
| *Daubert* Motions | October 25, 2007 |
| Response to *Daubert* Motions | November 20, 2007 |

In the event the parties are unable to reach an agreement as to the above proposed scheduling plan, the Defendant will file a motion to have such plan approved and adopted by the Court.

4. The parties are currently scheduling the depositions of fact witnesses by agreement. The first deposition of a fact witness will be taken Wednesday, April 4, 2007. Plaintiffs' counsel are making their client available for deposition on Friday, April 20, 2007. Plaintiffs' counsel also expect to issue a Subpoena to Defendant, United States of America, pursuant to Rule 30(b)(6) of

the Rules of the Court of Federal Claims. Defendant reserves the right to oppose all discovery by Plaintiffs that it deems improper, unnecessary, or otherwise objectionable.

5. The parties continue to issue written discovery.

Respectfully submitted,

By: s/M. Todd Welty
M. TODD WELTY
Texas State Bar No. 00788642
MICHAEL E. MCCUE
Texas State Bar No. 13494150
TARA C. CAMPBELL
Texas State Bar No. 24043452

MEADOWS, COLLIER, REED
COUSINS & BLAU, L.L.P.
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
mccue@meadowscollier.com
tcampbell@meadowscollier.com
ATTORNEYS FOR PLAINTIFF

By: s/Waymon G. DuBose, Jr.
WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214/880-9721 Telephone
214/880-9741 Facsimile
waymon.g.dubose@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
JON E. FISHER

DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel
ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

Dated: March 26, 2007