# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: April 4, 2007**

**O R D E R**

The court held a status conference in the above-captioned case on April 4, 2007. Despite defendant's request to enlarge the schedule, after consultation with the parties, and given that the scheduling order dated June 27, 2006 gave the parties one year for discovery, the court has decided to adhere to the discovery schedule established in its June 27, 2006 scheduling order. Discovery will close on or before **Monday, June 25, 2007** and the parties shall file their joint preliminary status report on or before **Thursday, June 29, 2007**. The preliminary status report shall address the results of discovery; settlement discussions and prospects, but without numbers; the status of related cases, including captions, dates, citations, and the impact on the above-captioned case; and whether the case should be resolved by motion practice or trial. The June 29, 2007 report also shall include a proposed schedule for the resolution of the case. Furthermore, as discussed at the status conference, the parties shall submit a factual chronology of the above-captioned case to the court, also on or before **Thursday, June 29, 2007**. A status conference will be scheduled by the court after receipt of the June 29, 2007 report.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**