# BILL OF SALE

**KNOW ALL MEN BY THESE PRESENTS**, that **PERIPHERAL REMARKETING, INC.**, a California corporation, ("Seller"), for and in consideration of the sum of $50,000.00 paid to it by Partners Capital Group ("Purchaser") in cash, the receipt of which is hereby acknowledged, has granted, bargained, sold, conveyed, transferred, assigned and delivered, and by these presents does grant, bargain, sell, convey, transfer, assign and deliver unto Purchaser, its successors and assigns, all of its right, title and interest in the items of Equipment described in Exhibit A attached hereto and made a part hereof (herein called the "Equipment"), and in any manufacturer's warranties, express or implied, issued on or applicable to the Equipment.

**TO HAVE AND TO HOLD** all and singular the Equipment by these presents bargained, sold and confirmed unto Purchaser, its successors and assigns, forever.

**AND** Seller, for itself, its successors and assigns, hereby represents and warrants to Purchaser and its successors and assigns that Seller is the absolute owner of the Equipment and has good and marketable title to the Equipment which will be duly vested in the Purchaser free and clear of all claims, liens, encumbrances and rights of any other nature whatsoever. Seller hereby covenants and agrees to defend such title forever against all claims and demands whatsoever.

**THE EQUIPMENT IS BEING CONVEYED BY SELLER HEREUNDER "AS IS" AND "WHERE IS". ACCORDINGLY, EXCEPT AS OTHERWISE SET FORTH HEREIN, SELLER MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, AS TO THE CONDITION OF THE EQUIPMENT, ITS MERCHANTABILITY OR ITS FITNESS FOR ANY PARTICULAR PURPOSE OR ANY SIMILAR MATTERS. SELLER HEREBY ASSIGNS TO BUYER (TO THE EXTENT TO WHICH THE SAME MAY BE ASSIGNABLE) ANY WARRANTY OF THE MANUFACTURER RELATIVE TO THE EQUIPMENT.**

**IN WITNESS WHEREOF**, Seller has caused this instrument to be executed in its name by an authorized officer of Seller as of the 30th day of December, 1992.

**PERIPHERAL REMARKETING, INC.**

By: [signature]

Title: President & CEO

GOVERNMENT EXHIBIT B

PENGAD-Bayonne, N.J.

EQUIPMENT SCHEDULE

CONFORMED #1

Equipment Schedule No. 03, dated November 25, 1992, to Master Equipment Lease Agreement dated November 26, 1991.

This Equipment Schedule hereby incorporates by reference, as though set forth in its entirety, the provisions of the Master Equipment Lease Agreement, dated November 26, 1991, between PARTNERS CAPITAL GROUP ("Lessor") and BLUE CROSS BLUE SHIELD OF NORTH DAKOTA ("Lessee"). There is only one executed counterpart of the Lease marked "Original". No security interest may be created in this Lease by possession of any counterpart other than the executed counterpart marked "Original".

1. EQUIPMENT

MANUFACTURER: UNISYS

| QUANTITY | TYPE | DESCRIPTION |
|---|---|---|
| HARDWARE: | | |
| 1 | A19-1T2 | UPGRADE A19-611 TO A19-622<br>Package Components:<br>A1902-CPC, A1910-CSC (96MB),<br>A1984-IOM, A1662-DDA, PWT27,<br>PWM100-MON, A1999-1T2 |
| 2 | X304-92 | SEQUENTIAL DLP'S |
| 1 | B9389 | DUAL STORAGE CONTROLLER |
| 1 | B9399 E | DUAL STRING CONTROLLER W/5GB INBUILT |
| 3 | B9494-12 | 5.0GB DISK DRIVES |
| SOFTWARE: | | |
| 1 | A19-S62 | O/S: SSF FOR MODEL 622 |
| 1 | A19-COB | COMPILER: COBOL ANSI 68 |
| 1 | A19-C74 | COMPILER: COBOL ANSI 74 |
| 1 | A19-C85 | COMPILER: COBOL ANSI 85 |
| 1 | A19-CMM | O/S: CACHE DISK MOD |
| 1 | A19-CMK | KEY FOR A19-CMM |
| 1 | A19-CTD | DEV.AID: COBOL 74TST/DBG |
| 1 | A19-DBA | DATAMGT: DMSII ANALYZER |
| 1 | A19-DCS | COM SW: DATA COMM |
| 1 | A19-DDM | DATAMGT: DMSII MONITOR |
| 1 | A19-D12 | QUERY SW: DMSII |
| 1 | A19-DMT | DATAMGT: DMSII DM INTRPT |
| 1 | A19-ERG | QUERY SW: ERGO |
| 1 | A19-HSV | HOST SERVICES |
| 1 | A19-L62 | COM SW: SNA LU6.2SVC MG |

2. DEFINITIONS:

The Basic Rent for all Items of Equipment on this Schedule shall be $94,046.00 per month for thirty-five (35) months beginning February 1, 1993 and continuing through December 1, 1995, succeeded by thirteen (13) payments of $120,000.00 per month beginning January 1, 1996 and continuing through January 1, 1997, and shall be payable on the 1st day of each calendar month (to and including the Last Basic Rent Date identified on the relevant Certificate of Acceptance), or the first business day thereafter when the first day of the month falls on a non-business day (each such date referred to as a "Basic Rent Date"). The definitions on the relevant Certificate of Acceptance are applicable to this Schedule.

LESSOR: PARTNERS CAPITAL GROUP

By: [signature]

Title: Chairman

LESSEE: BLUE CROSS BLUE SHIELD OF NORTH DAKOTA

By: Darrell Vanyo

Title: Vice President

CONFORMED #1

# CERTIFICATE OF ACCEPTANCE

Attached to Equipment Schedule No. 03, dated November 25, 1992, to Master Equipment Lease Agreement, dated November 26, 1991, between BLUE CROSS BLUE SHIELD OF NORTH DAKOTA ("Lessee") and PARTNERS CAPITAL GROUP ("Lessor").

## CONDITION OF EQUIPMENT

The Lessee certifies that all Items of Equipment described below have been delivered to the location indicated below, properly installed, tested and inspected by the Lessee, found to be in good order, and accepted as Items of Equipment under the Lease, all on the date indicated.

**First Basic Rent Date:** 02/01/93
**Last Basic Rent Date:** 01/01/97
**Expiration Date:** 01/30/97

**Manufacturer:** Unisys
**Location of Equipment:** Fargo, North Dakota
**Acceptance/Interim Rent Date:** 12/30/92

Items of Equipment

| QUANTITY | MODEL/ FEATURES | DESCRIPTION | SERIAL NUMBERS |
|---|---|---|---|
| HARDWARE: | | | |
| 1 | A19-1T2 | UPGRADE A19-611 TO A19-622<br>Package Components:<br>A1902-CPC, A1910-CSC (96MB),<br>A1984-IOM, A1662-DDA, PWT27,<br>PWM100-MON, A1999-1T2 | |
| 2 | X304-92 | SEQUENTIAL DLP'S | |
| 1 | B9389 | DUAL STORAGE CONTROLLER | |
| 1 | B9399 E | DUAL STRING CONTROLLER W/5GB INBUILT | |
| 3 | B9494-12 | 5.0GB DISK DRIVES | |
| SOFTWARE: | | | |
| 1 | A19-S62 | O/S: SSF FOR MODEL 622 | |
| 1 | A19-COB | COMPILER: COBOL ANSI 68 | |
| 1 | A19-C74 | COMPILER: COBOL ANSI 74 | |
| 1 | A19-C85 | COMPILER: COBOL ANSI 85 | |
| 1 | A19-CMM | O/S: CACHE DISK MOD | |
| 1 | A19-CMK | KEY FOR A19-CMM | |
| 1 | A19-CTD | DEV.AID: COBOL 74TST/DBG | |
| 1 | A19-DBA | DATAMGT: DMSII ANALYZER | |
| 1 | A19-DCS | COM SW: DATA COMM | |
| 1 | A19-DDM | DATAMGT: DMSII MONITOR | |
| 1 | A19-D12 | QUERY SW: DMSII | |
| 1 | A19-DMT | DATAMGT: DMSII DM INTRPT | |
| 1 | A19-ERG | QUERY SW: ERGO | |
| 1 | A19-HSV | HOST SERVICES | |
| 1 | A19-L62 | COM SW: SNA LU6.2SVC MG | |

The Lessee hereby represents and warrants to Lessor that (i) no Event of Default or event which, with the giving of notice or the lapse of time, or both, would become such an Event of Default under this Lease has occurred and is continuing, and (ii) the Lessee has obtained, and there are in full force and effect, any insurance policies with respect to the Equipment required to be obtained under terms of the Lease.

LESSEE: BLUE CROSS BLUE SHIELD OF NORTH DAKOTA

By: Darrell Vanyo

Title: Vice President