PF000132

*MARSHALL & STEVENS INCORPORATION*

SUMMARY OF CONCLUSIONS

FILE REFERENCE: 37-1125-B

| QTY. | ASSET DESCRIPTION | REM. ECON. LIFE | MANUFACTURER'S LIST PRICE 09/30/94 | FAIR MARKET VALUE 09/30/94 | RESIDUAL VALUE 02/01/97 | RESIDUAL VALUE 02/01/98 | RESIDUAL VALUE 02/01/99 | RESIDUAL VALUE 01/01/01 |
|---|---|---|---|---|---|---|---|---|
| | BLUE CROSS/BLUE SHIELD OF NORTH DAKOTA | | | | | | | |
| 1 | Group, Unisys Computer Equipment c/o<br>(1) A19-112 Upgrade A19-611 to A19-622<br>Package Components:<br>A1902-CPC, A1910-CSC (96MB)<br>A1984-IOM, A1662-00A, PWT 27, PWM100-MON, A1999-112<br>(2) X304-92 Sequential DLPS<br>(1) B9389Dual Storage Controller<br>(1) B9399E Dual String Controller w/5GB Inbuilt<br>(3) B9494-12 5.0GB Disk Drives | 8 | $5,282,752.00 | $4,200,000.00 | $1,800,000.00 | $1,302,000.00 | $903,000.00 | $462,000.00 |

GOVERNMENT EXHIBIT B-1

PENGAD-Bayonne, N. J.

Marshall & Stevens Incorporated