PF000131

MARSHALL AND STEVENS INCORPORATED

SUMMARY OF CONCLUSIONS

FILE REFERENCE: 37-1125-A

| QTY. | ASSET DESCRIPTION | REM. ECON. LIFE | COST TO ACQUIRE 01/01/91 | FAIR MARKET VALUE 09/30/94 | RESIDUAL VALUE STATED AS A PERCENTAGE OF FAIR MARKET VALUE ON 09/30/94 09/30/97 | 09/30/98 | 09/30/99 | 09/30/00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | 43% | 32% | 23% | 17% |
| 1 | BULL HN DPS-9000 Central Processing System c/o<br>(1) CPS8503 Central System (2 CPUs, 2 SCUs, 2 MMUs, w/256MB, 2 IOPs, 2 IAUs, ISCC, 2 Consoles, 1 SSP, 2 URPs)<br>(2) CLU8501 Chilled Water Cooling Unit<br>(2) MXF8521 IAU Channel Exp.<br>(2) MXF8523 IAU Power Exp.<br>(2) MXF8527 Power Sequencer Ch. 1-7<br>(2) MXF8528 Power Sequencer Ch. 8-14<br>(3) MXF8503 Channel Exch. Feature Hi-Speed PSIAs (pair)<br>(5) MXF8504 Channel Exch. Feature Network Proc. PPS<br>(1) MXF8505 Channel Exch. Feature Lo-Speed PSIAs<br>(13) MXF8519 Data Streamer Ch. Attachment (pair)<br>(1) PSF8011 Peripheral SWITCH ADAPTER<br>(1) PRU0908 900 LPM Printer<br>(1) PRB3600 Print Belt | 7.5 | $9,193,060.00 | $6,250,000.00 | $2,687,500.00 | $2,000,000.00 | $1,437,500.00 | $1,062,500.00 |

GOVERNMENT EXHIBIT C

PENGAD-Bayonne, N.J.