MARSHALL & STEVENS INCORPORATED

SUMMARY OF CONCLUSIONS

FILE REFERENCE: 37-1252

LIKE KIND EQUIPMENT EXCHANGE

| QTY. | ASSET DESCRIPTION | REM ECON LIFE | FAIR MARKET VALUE 09/30/96 | RESIDUAL VALUE 12/31/97 |
|---|---|---|---|---|
| 1 | BULL HN DPS 9000 Central Processing Unit incl:<br>(1) CPS8503 Central System<br>(2) CLU8501 Chilled Water Cooling Unit<br>(2) MXF 8521 IAU Channel Expansion<br>(2) MXF 8523 IAU Power Expansion<br>(2) MXF8528 Power Sequencer Ch. 8-14<br>(2) MXF 8527 Power Sequencer Ch. 1-7<br>(3) MXF 8503 Channel Exch. Features High Speed PSIA's (pair)<br>(5) MXF 8504 channel Exch. Feature Network Proc PPS<br>(1) MXF8505 Channel Exch. Feature Low Speed PSIA's<br>(13) MXF 8519 Data Streamer Ch. Attachment (pair)<br>(1) PSF8011 Peripheral Switch Adapter<br>(1) PRU0908 900 LPM Printer<br>(1) )PRB3600 Print Belt | 2 | $400,000.00 | $40,000.00 |

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
D