SOURCE & USE OF FUNDS

PLAINS BANK/CAROLINA FREIGHT & BC-BS OF ND POSITIONS
FOL POSITIONS

S U M M A R Y 10/07/94

SOURCES OF FUNDS

| | | % OF COST | % OF POSITIONS | % OF EQUITY |
|---|---|---|---|---|
| SALE PRICE | 1,187,220 | | | |
| LEASEHOLD POSITIONS | 9,894,070 | | | |
| FOL FEE | 1,187,220 | 149.2713% | 11.9993% | 100.0000% |

USES OF FUNDS

| | | | | |
|---|---|---|---|---|
| FOL COST-OLD COLONY GROUP | 325,000 | 40.8628% | 3.2848% | 27.3749% |
| LOSS CO- SIA | 93,788 | 11.7921% | 0.9479% | 7.8998% |
| EQUITY BROKER-LUND (1%) | 98,941 | 12.4400% | 1.0000% | 8.3338% |
| LEGAL-MATTHEWS | 5,000 | 0.6287% | 0.0505% | 0.4212% |
| LEGAL-HAIGHT (TAX OPINION) | 20,000 | 2.5146% | 0.2021% | 1.6846% |
| ACCTG-TAX RETURNS | 15,000 | 1.8860% | 0.1516% | 1.2635% |
| APPRAISALS | 1,000 | 0.1257% | 0.0101% | 0.0842% |
| COMMISSION-ST. FRANCIS | 25,852 | 3.2504% | 0.2613% | 2.1775% |
| EQUILEASE (BC/BS) | 200,715 | 25.2363% | 2.0286% | 16.9063% |
| COMMISSION-ZUKERMAN | 10,048 | 1.2634% | 0.1016% | 0.8464% |
| COMMISSION-SOLOMON | 12,058 | 1.5160% | 0.1219% | 1.0156% |
| TC GROSS PROFIT | 379,818 | 47.7552% | 3.8388% | 31.9923% |
| SUB-TOTAL IN HOUSE | 1,187,220 | 149.2713% | 11.9993% | 100.0000% |

PENGAD-Bayonne, N.J.
GOVERNMENT EXHIBIT
E

TCP-1395