# MEMORANDUM

**TO:** Cathie Magee

**FROM:** Jay Zukerman Jay Irms

**DATE:** September 30, 1994

**SUBJ:** **PLAINS NATIONAL BANK: REMARKETING**

**cc:** Mike Hester

==================================================================

Remarketing and revenue sharing on the Plains National Bank transaction is as follows:

**I. Blue Cross Blue Shield of North Dakota**

**A.** Thru 1/3/97: User Lease

**B.** 1/4/97 - 1/31/99:

1. IFC: 10% remarketing (Equilease vendor)
2. EIS Leasing: 90% (Equilease Investor)

**C.** 2/1/99 - 12/31/00:

1. IFC: 10% remarketing
2. TCLA 94-I: 90%

   a. Plains Capital Corp. ("PCC"): 99%*
   b. TMALP XII: 1%

* In this transaction, the full 99% of 90%, or 89.1%, goes to Plains National Bank ("PNB"). TCLA 92-IX, the 10% minority shareholder of PCC, has reassigned its share to TC to allow TC to pay the IFC 10% remarketing fee.

**D.** Post 12/31/00:

1. IFC: 10% remarketing
2. Mithril Corporation ("MC"): 90%

GOVERNMENT EXHIBIT F
PENGAD-Bayonne, N. J.

**II. Carolina Freight.**

A. Thru 12/31/97: User Lease

B. 1/1/98 - 9/30/00:

1. Old Colony Group ("OCG"): 25% remarketing
2. TC: 25% consulting
3. TCLA 94-I: 50%

   a. PCC: 99%
      (1) PNB: 90%
      (2) TCLA 92-IX: 10%

   b. TMALP XII: 1%

C. Post 9/30/00: Mithril: 100% per documents; but I have oral agreement with Joel Klein that TC controls.

**III. Partnership Sharing.**

A. TCLA 92-IX

1. TC: 90% revenue sharing (except 100% on BCBS of ND to pay 10% IFC fee).

2. TCLA 92-IX: 10%

   a. TMALP XII: 1%
   b. Okoma Enterprises, L.P.: 99%

B. TMALP XII

1. TC: 90% revenue sharing

2. TMALP XII: 10%

   a. TMC: 1%
   b. Stamford Leasing Associates: 99%

(LtrDsk:RmktTrms)