APR-26-95 WED 11:56 TRANSCAPITAL VIRGINIA FAX NO. 7037900312 P. 02

**TransCapital**

# MEMORANDUM

## Revised

TO: Joel Klein and Michael Hester

FROM: Jay Zukerman

RE: Cash Flow on Plains Transaction

Set forth below is a list of checks or wires for the Plains National Bank transaction:

1) Stamford Leasing Associates ("SLA") to TransCapital Management Associates Limited Partnership XII ("TMALP XII"): $11,882.

2) Mithril Corporation ("MC") to TransCapital Leasing Associates 1994-I Limited Partnership ("TCLA 94-I"): $404,666.

3) TAC I, Inc. ("TAC I") to Jenrich Corp. ("JC"): $105,736.

4) Aardan Leasing Corp. ("ALC") to TCLA 94-I: $25,000.

5) TransCapital Corporation ("TC") to First Florida Leasing Corporation ("FFLC"): $631,305.

6) Okoma Enterprises, L.P. ("OE") to TransCapital Leasing Associates 1992-IX Limited Partnership ("TCLA 92-IX"): $990.

GOVERNMENT EXHIBIT 6

PENGAD-Bayonne, N. J.

Page 2
-For Mike Hester Only-

7) TransCapital Management Corporation ("TMC") to TMALP XII: $120.

8) TMALP XII to TCLA 94-I: $11,992.

9) Plains Capital Corp. ("PCC") to TCLA 94-I: $1,187,220 (less the $100,000 deposit already received).

10) TCLA 94-I to TAC I: $105,736.

11) TCLA 94-I to TransCapital Computer Corporation ("TCC"): $325,000.

12) TCLA 94-I to TC: $1,198,142.

13) TCLA 92-IX to TC: $1,000.