$9,894,070 LEASEHOLD POSITIONS

## Forecast of Investor Benefits

Commencement Date: 9th Fiscal Month

| Fiscal Year | Total Cash Investment | Cash Flow | Taxable Income (Loss) | Taxes Saved (Paid) | After-Tax Cash Flow | Net Benefit | Cost of Money & R'invst Inc. | Cumulative Net Benefit |
|---|---|---|---|---|---|---|---|---|
| 1 | 1,187,218 | 0 | (366,038) | 124,453 | 124,453 | (1,062,765) | (18,329) | (1,081,094) |
| 2 | 0 | 0 | (1,456,982) | 495,374 | 495,374 | 495,374 | (60,441) | (646,161) |
| 3 | 0 | 0 | (1,589,656) | 540,483 | 540,483 | 540,483 | (29,635) | (135,313) |
| 4 | 0 | 0 | (1,736,223) | 590,316 | 590,316 | 590,316 | 6,463 | 461,466 |
| 5 | 0 | 0 | (1,898,138) | 645,367 | 645,367 | 645,367 | 48,550 | 1,155,383 |
| 6 | 0 | 0 | (2,077,007) | 706,182 | 706,182 | 706,182 | 97,403 | 1,958,968 |
| 7 | 0 | 0 | (1,957,244) | 665,463 | 665,463 | 665,463 | 151,536 | 2,775,967 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,775,967 |
| | 1,187,218 | 0 | (11,081,288) | 3,767,638 | 3,767,638 | 2,580,420 | 195,547 | 2,775,967 |

ASSUMES NO CASHFLOW FROM LEASEHOLD RENEWALS

901Z
9TH FISCAL MTH
34% TAX RATE
09/15/94

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
H

$9,894,070 LEASEHOLD POSITIONS

# Forecast of Tax and Economic Consequences

Tax Calculations Using the Accrual Method

| Fiscal Year | Equipment Rents | Renewals & Net Residual | Senior Debt Interest Expense | MACRS 5 Year Depreciation | Fees | Leasehold Positions | Taxable Income (Loss) | Cumulative Tax Losses |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 48,016 | 318,022 | (366,038) | (366,038) |
| 2 | 0 | 0 | 0 | 0 | 189,955 | 1,267,027 | (1,456,982) | (1,823,020) |
| 3 | 0 | 0 | 0 | 0 | 189,955 | 1,399,701 | (1,589,656) | (3,412,676) |
| 4 | 0 | 0 | 0 | 0 | 189,955 | 1,546,268 | (1,736,223) | (5,148,899) |
| 5 | 0 | 0 | 0 | 0 | 189,955 | 1,708,183 | (1,898,138) | (7,047,037) |
| 6 | 0 | 0 | 0 | 0 | 189,955 | 1,887,052 | (2,077,007) | (9,124,044) |
| 7 | 0 | 0 | 0 | 0 | 189,427 | 1,767,817 | (1,957,244) | (11,081,288) |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (11,081,288) |
| | 0 | 0 | 0 | 0 | 1,187,218 | 9,894,070 | (11,081,288) | |

Cash Flow Calculations

| Fiscal Year | Equipment Rents and Residual (net) | Debt Service | Cash Flow | Taxes Saved (paid) | After-Tax Cash Flow | Total Cash Investment | Net Benefit | Cost of Money & R'invst Inc. | Cumulative Net Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 124,453 | 124,453 | 1,187,218 | (1,062,765) | (18,329) | (1,081,094) |
| 2 | 0 | 0 | 0 | 495,374 | 495,374 | 0 | 495,374 | (60,441) | (646,161) |
| 3 | 0 | 0 | 0 | 540,483 | 540,483 | 0 | 540,483 | (29,635) | (135,313) |
| 4 | 0 | 0 | 0 | 590,316 | 590,316 | 0 | 590,316 | 6,463 | 461,466 |
| 5 | 0 | 0 | 0 | 645,367 | 645,367 | 0 | 645,367 | 48,550 | 1,155,383 |
| 6 | 0 | 0 | 0 | 706,182 | 706,182 | 0 | 706,182 | 97,403 | 1,958,968 |
| 7 | 0 | 0 | 0 | 665,463 | 665,463 | 0 | 665,463 | 151,536 | 2,775,967 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,775,967 |
| | 0 | 0 | 0 | 3,767,638 | 3,767,638 | 1,187,218 | 2,580,420 | 195,547 | 2,775,967 |

ASSUMES NO CASHFLOW FROM LEASEHOLD RENEWALS

901Z
9TH FISCAL MTH
34% TAX RATE
09/15/94