THE PLAINS NATIONAL BANK

PNB

Jeff Isom
Senior Vice President
& Controller

September 6, 1994

Director for Analysis
Southwestern District Office
Office of the Comptroller of the Currency
1600 Lincoln Plaza
500 North Akard
Dallas, Texas 75201-3394

Dear Director for Analysis:

The Plains National Bank of West Texas (PNB), Charter #14749 intends to acquire an operating subsidiary, Plains Financial Corporation (PFC), from the Bank's holding company, Plains Capital Corporation (PCC). PCC owns 100% of PNB and PFC. PFC was incorporated on December 9, 1988 to originate and sale home mortgages to permanent investors. PFC performed this function for approximately two years before this activity was moved into the bank. Subsequent to that, PFC managed other real estate for PNB for approximately two years. PFC was inactive in 1993 and has been inactive to date in 1994. As of August 31, 1994, PFC has total assets of $26,941 which consists of cash, and total capital of $26,941. PNB will pay PCC $26,941 for PFC.

Simultaneous with the acquisition of PFC, PNB intends to contribute $1,222,045 to PFC so that it can engage in an equipment leasing transaction with TransCapital Corporation (TransCapital). In this transaction, PFC will acquire a 99% limited partnership interest in a partnership which will acquire a note receivable of $10,286,577. The partnership will have an obligation to make lease payments with a present value of $10,286,577 as a result of the acquisition of the note. The partnership acquires the receivable as part of a series of complex transactions involving "wrap" leases. At the conclusion of a number of interrelated transactions with other unrelated parties, the partnership owns only the leases, which are "net" leases, running to the actual users of the leased property. In addition, the partnership is the obligor of the debts incurred to acquire the leased property.

5010 University
Lubbock, Texas 79413
806-795-7131

GOVERNMENT EXHIBIT J
PENGAD-Bayonne, N.J.

PFC is strictly a limited partner, such that any loss exposure is restricted to its actual investment in the partnership. TransCapital is the sole general partner and holds the remaining 1% equity interest in the partnership.

As a result of this transaction, PNB will have a 90% common stock interest in PFC and Trans Capital will have a 10% minority interest. PFC's 99% interest in the limited partnership equates to leasehold positions of $10,183,711. The difference between the lease payments made and the interest received on the note receivable will result in permanent losses to the note holder. Therefore, PFC is projected to receive tax benefits of $3,462,462 (34% of $10,183,711). In addition to the tax benefits, PFC will receive its respective % of renewals and net residuals, currently estimated to be $2,227,812. A forecast of tax and economic consequences is attached.

With respect to statutory authority regarding leasing, it is our understanding that leasing activities are permissible under 12 U.S.C. Section 24(10) and 12 C.F.R. Part 23. In addition to implementing the specific authority provided for lease financing transactions by 12 U.S.C. Section 24(10), 12 C.F.R. Part 23 states the general authority for National Banks under 12 U.S.C. Section 24(7) to engage in lease financing transactions as an activity incidental to the business of banking. With regard to the limited partnership investment, the OCC has issued opinions, some of which have been published, which conclude that a national bank may properly become a limited partner in a limited partnership where the activities to be pursued by that business association are permissible for pursuit by the bank itself. See Interpretive Letter No. 419, February 16, 1988 (1988-89 Transfer Binder) Fed. Banking L. Rep. (CCH) 85,643.

PFC will continue to be located at our main office at 5010 University Ave., Lubbock, Texas 79413. If you have any questions or need any additional information, please contact me at 806-791-7268.

Sincerely,

Jeff Isom
Senior Vice President & Controller

$10,183,711 LEASEHOLD POSITIONS

# Forecast of Tax and Economic Consequences

## Tax Calculations Using the Accrual Method

| Fiscal Year | Equipment Rents | Renewals & Net Residual | Senior Debt Interest Expense | MACRS 5 Year Depreciation | Fees | Leasehold Positions | Taxable Income (Loss) | Cumulative Tax Losses |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 0 | 59,385 | 367,793 | (427,178) | (427,178) |
| 2 | 0 | 0 | 0 | 0 | 176,681 | 1,106,698 | (1,283,379) | (1,710,557) |
| 3 | 0 | 0 | 0 | 0 | 176,681 | 1,222,583 | (1,399,264) | (3,109,821) |
| 4 | 0 | 0 | 0 | 0 | 176,681 | 1,350,603 | (1,527,284) | (4,637,105) |
| 5 | 0 | 195,592 | 0 | 0 | 176,681 | 1,492,029 | (1,473,118) | (6,110,223) |
| 6 | 0 | 574,604 | 0 | 0 | 176,681 | 1,648,264 | (1,250,341) | (7,360,564) |
| 7 | 0 | 905,976 | 0 | 0 | 176,681 | 1,820,859 | (1,091,564) | (8,452,128) |
| 8 | 0 | 551,640 | 0 | 0 | 102,574 | 1,174,882 | (725,816) | (9,177,944) |
| | 0 | 2,227,812 | 0 | 0 | 1,222,045 | 10,183,711 | (9,177,944) | |

## Cash Flow Calculations

| Fiscal Year | Equipment Rents and Residual (net) | Debt Service | Cash Flow | Taxes Saved (paid) | After-Tax Cash Flow | Total Cash Investment | Net Benefit | Cost of Money & R'invst Inc. | Cumulative Net Benefit |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 145,241 | 145,241 | 1,222,045 | (1,076,804) | (25,518) | (1,102,322) |
| 2 | 0 | 0 | 0 | 436,349 | 436,349 | 0 | 436,349 | (63,453) | (729,427) |
| 3 | 0 | 0 | 0 | 475,750 | 475,750 | 0 | 475,750 | (37,022) | (290,699) |
| 4 | 0 | 0 | 0 | 519,277 | 519,277 | 0 | 519,277 | (6,001) | 222,577 |
| 5 | 195,592 | 0 | 195,592 | 500,860 | 696,452 | 0 | 696,452 | 31,740 | 950,769 |
| 6 | 574,604 | 0 | 574,604 | 425,116 | 999,720 | 0 | 999,720 | 88,957 | 2,039,446 |
| 7 | 905,976 | 0 | 905,976 | 371,132 | 1,277,108 | 0 | 1,277,108 | 177,904 | 3,494,458 |
| 8 | 551,640 | 0 | 551,640 | 246,777 | 798,417 | 0 | 798,417 | 267,391 | 4,560,266 |
| | 2,227,812 | 0 | 2,227,812 | 3,120,501 | 5,348,313 | 1,222,045 | 4,126,268 | 433,998 | 4,560,266 |

ASSUMES RENEWALS AT APPRAISED VALUE

805
8TH FISCAL MTH
34% TAX RATE
07/27/94