**SUMMARY OF TRANSACTION**

**PLAINS NATIONAL BANK**

Set forth below is a summary of the transaction (the "Transaction") entered by Plains National Bank (the "Investor").

## I. Overview

Pursuant to the Transaction, Investor's subsidiary corporation, Plains Financial Corp. ("Subsidiary"), which, prior to its involvement in the Transaction became (pursuant to a reorganization with Investor's corporate shareholder holding company), one hundred percent (100%) owned by the Investor, acquired from TransCapital Leasing Associates 1992-IX Limited Partnership ("TCLA" or "TCLA 92-IX") an interest in certain leasehold positions. Specifically, TCLA contributed to Subsidiary a ninety-nine percent (99%) limited partner interest (the "Limited Partner Interest") in TransCapital Leasing Associates 1994-I Limited Partnership (the "Partnership" or "TCLA 94-I"). The Partnership owns certain leasehold positions (the "Leasehold Positions") as lessee/sub-lessor which resulted from sale/leaseback transactions previously entered into by the Partnership.

Simultaneously with TCLA's contribution of the Limited Partner Interest to Subsidiary, Investor contributed money to Subsidiary in exchange for additional shares of the common stock (the "Stock") of Subsidiary.

## II. Underlying Transactions

The Leasehold Positions resulted from two (2) separate underlying transactions.

**A. Carolina Freight**. Old Colony Group, Inc. ("OCG"), an equipment leasing company unrelated to and unaffiliated with TransCapital Corporation ("TC"), purchased certain computer equipment manufactured by Bull HN Information Systems Inc. (the "Bull Equipment") and on lease to Carolina Freight Carriers Corporation ("CFCC") pursuant to a triple net, "hell or high water" lease (the "CFCC Lease") scheduled to expire December 31, 1997.

On or about September 15, 1994, OCG sold the Bull Equipment and assigned its rights as lessor under the CFCC Lease to TransCapital Computer Corporation ("TCC"), a subsidiary of TC, for a purchase price comprised of (i) cash, plus (ii) taking the Bull Equipment subject to senior debt in favor of third party institutional lenders (collectively, the "CFCC Senior Lender"),

(LtrDsk:TRANSUM)



GOVERNMENT EXHIBIT K

PENGAD-Bayonne, N. J.

fully payable out of and from the net rentals due from CFCC under the CFCC Lease and secured by the CFCC Lease and Bull Equipment (the "CFCC Senior Debt").

Thereafter, and also on or about September 15, 1994, TCC sold the Bull Equipment and assigned its rights under the CFCC Lease, encumbered by the lessee rights thereunder and the CFCC Senior Debt, to the Partnership for a purchase price comprised of (i) cash, plus (ii) taking the Bull Equipment subject to the CFCC Senior Debt.

**B. Blue Cross Blue Shield.** TAC I, Inc. ("TAC"), also a subsidiary of TC, acquired certain computer equipment manufactured by Unisys Corporation (the "Unisys Equipment," and, together with the Bull Equipment, collectively, the "Equipment") on lease (by assignment) to EIS Leasing of Delaware, Inc. ("EIS"), an independent leasing company unrelated to and unaffiliated with TC, pursuant to a triple net, "hell or high water" lease (the "EIS Lease"), and on sublease to Blue Cross Blue Shield of North Dakota ("BCBS") pursuant to a triple net, "hell or high water" user lease (the "BCBS User Lease," and, together with the EIS Lease, collectively, the "BCBS Leases"). The BCBS User Lease is scheduled to expire January 3, 1997 and the EIS Lease is scheduled to expire January 31, 1999.

TAC acquired the Unisys Equipment encumbered by (i) the BCBS Leases, (ii) senior debt (the "BCBS Senior Debt") in favor of a third party institutional lender (the "BCBS Senior Lender"), which BCBS Senior Debt is fully payable out of and from the BCBS User Lease net rentals and is secured by the BCBS User Lease and Unisys Equipment, and (iii) "wrap-around" debt tendered by TAC in partial payment (together with cash) of its purchase price for the Unisys Equipment (the "TAC Debt," and, together with the BCBS Senior Debt, collectively, the "BCBS Debt") fully payable out of and from the EIS Lease net rentals and secured by the EIS Lease and a subordinate interest in the Unisys Equipment.

On or about September 15, 1994, TAC sold the Unisys Equipment and assigned its rights under the EIS Lease, encumbered by the lessee rights under the BCBS Leases and the BCBS Debt, to the Partnership for a purchase price comprised of (i) cash, plus (ii) taking the Unisys Equipment subject to the TAC Debt.

**C. Partnership Sale/Leaseback.** Subsequent to the foregoing, also on or about September 15, 1994, the Partnership sold the Equipment and assigned its rights under the CFCC Lease and EIS Lease (collectively, the "Underlying Leases"), all encumbered by the rights of the lessees thereunder and under the BCBS User Lease and the rights of the holders of the CFCC Senior Debt and BCBS Debt, to Mithril Corporation ("MC"), an independent leasing company unrelated to and unaffiliated with any of TC, OCG

or EIS. MC paid a purchase price for the Equipment comprised of (i) cash, plus (ii) delivery of two (2) nonrecourse, "wrap-around" promissory notes (the "MC-CFCC Note" and "MC-BCBS Note," respectively, and, collectively, the "MC Notes"), fully payable out of and from the net rentals due from the Partnership under the respective schedules of the "Master Lease" (as defined below) and secured by the respective schedules of the Master Lease and subordinate interests in the Bull Equipment and Unisys Equipment, respectively.

MC thereupon leased the Equipment back to the Partnership pursuant to a triple net, "hell or high water" lease (the "Master Lease") for a term commencing September 15, 1994, and, (i) in the case of the Bull Equipment, continuing through September 30, 2000, and (ii) in the case of the Unisys Equipment, continuing through December 31, 2000, thus converting the Underlying Leases to subleases. Under the Master Lease, MC reassigned its rights under the Underlying Leases to the Partnership. Further, the Partnership is entitled to sublease the Equipment to CFCC or BCBS, as the case may be, or other parties upon the expiration of the respective Underlying Leases and retain the proceeds therefrom (less any remarketing or other fees due third parties).

**D. __Sublease Rent Sale__**. Finally, on or about September 20, 1994, the Partnership sold its rights to receive the net rents due under the Underlying Leases to Aardan Leasing Corp., an independent lease factoring company unrelated to and unaffiliated with any of TC, OCG, EIS or MC ("LFC"). Pursuant to such rent sale, LFC assumed the associated debt (i.e., the CFCC Senior Debt, in the case of the CFCC Lease, and the TAC Debt, in the case of the EIS Lease).

## III. __Limited Partner Interest__

As noted, TCLA is the ninety-nine percent (99%) limited partner of the Partnership. Under the Agreement of Limited Partnership of the Partnership, TCLA was obligated to make a cash capital contribution in payment of and for the Limited Partner Interest.

## IV. __Exchange__

TCLA negotiated to transfer the Limited Partner Interest to Subsidiary in exchange for stock representing ten percent (10%) of the outstanding Stock of Subsidiary. In connection and simultaneously therewith, Investor contributed cash funds to Subsidiary for additional Stock so that its total Stock holdings represented ninety percent (90%) of the outstanding Stock of Subsidiary after the exchange. Subsidiary then paid the capital contribution obligation of TCLA to the Partnership.

## V. Flow Charts

Attached hereto are flow charts illustrating the Transaction.

FLOW CHARTS

I. Carolina Freight.



II. Blue Cross Blue Shield.



III. Exchange.




(Transum)