**TransCapital**

- VIA FEDERAL EXPRESS -

November 14, 1994

Mr. Jeff Isom
Senior Vice President
Plains National Bank
5010 University Avenue
Lubbock, Texas 79413

RE: Plains National Bank/TransCapital Leasing Associates
1994-I Limited Partnership - Section 351 Exchange

Dear Mr. Isom:

Enclosed please find the orginial tax opinion, as prepared by Jon T. Flask, Esq. of Haight, Tramonte, Siciliano & Flask, pertaining to the above referenced transaction. This document should be inserted in your notebook #2, tab number 53.

Should you have any questions, please do not hesitate to contact me. It was a pleasure working with you, albeit on a limited basis, on this transaction.

Very truly yours,

TRANSCAPITAL CORPORATION

Retta

Retta M. Smith
Vice President-Administration

Enclosure

(LtrDsk:RM-ISOM3)

PENGAD-Bayonne, N. J.
GOVERNMENT EXHIBIT
L