HAIGHT, TRAMONTE, SICILIANO & FLASK, P.C.
LAWYERS
8221 OLD COURTHOUSE ROAD
VIENNA, VIRGINIA 22182
TELEPHONE 703 734-4800
FACSIMILE 703 442-9526

September 21, 1994

Plains National Bank
5010 University Avenue
Lubbock, Texas 79413

Re: Leasehold Positions Transaction/
Tax Opinion Commitment Letter

Gentlemen:

This will serve to confirm that Haight, Tramonte, Siciliano & Flask, P.C. (the "Firm") has reviewed the proposed documents pursuant to which Plains Capital Corporation would acquire certain Leasehold Positions (the "Transaction"). Furthermore, in accordance with the request and authorization of TransCapital Corporation ("TransCapital"), which is the corporate parent of the general partner of TransCapital Leasing Associates 1994-I Limited Partnership, and, at the sole expense of TransCapital, the Firm has agreed to prepare and deliver to Plains Capital Corporation within thirty (30) days of the closing of the Transaction, a tax opinion letter prepared in accordance with American Bar Association Opinion 346, as amended, concluding the significant federal income tax benefits of the Transaction, in the aggregate, will more likely than not be realized.

Very truly yours,

HAIGHT, TRAMONTE, SICILIANO &
FLASK, P.C.

By: ______________________
Jon T. Flask

cc: TransCapital Corporation

GOVERNMENT
EXHIBIT
M
PENGAD-Bayonne, N.J.

TCP-1407