**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **(1) TransCapital Leasing Associates 1994-I L.P.**, a Delaware limited partnership, **(2) Plains Capital Corporation,** a Texas corporation and its subsidiaries including **(3) PlainsCapital Bank,** a Texas banking association, f/k/a Plains National Bank, and **(4) Plains Financial Corporation,** a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER **Plaintiffs,** | § | **CASE NO. 06-24-T** **Judge Marian Blank Horn** |
| v. | § | |
| **United States of America, Defendant.** | § | |

**ORDER**

CAME TO BE HEARD Defendant's Motion for Leave to Enlarge the Number of Allowable Fact Discovery Depositions and Extend the Discovery Deadline.

It is hereby ORDERED that the Government is granted an additional 5 depositions for a total number of 15 depositions;

It is also hereby ORDERED that factual discovery must be completed by July 25, 2007 and that expert discovery must be completed by August 24, 2007.

Signed this _________ day of May 2007.

_______________________________
JUDGE MARIAN BLANK HORN