# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: May 31, 2007**

## O R D E R

On May 30, 2007 the court held a hearing on the defendant's motion to enlarge the number of depositions and the discovery period, with the parties appearing by telephone. As discussed with the parties at the conference, the defendant's motion is **PARTIALLY GRANTED**, with additional deponents identified by name at the status conference. With the additional depositions, fact discovery shall close on or before **Friday, August 24, 2007**. On or before **Friday, September 7, 2007**, the parties shall file a detailed, factual chronology for the above-captioned case, setting forth a description of the events pertaining to each transaction. The chronology shall specify: (A) the date of each event; (B) the entities and principals involved in each transaction; and (C) the purpose of each transaction. Further, an organizational chart shall be provided representing the relationships among each of the entities involved in the above-mentioned transactions, including the names of principals and the ownership of each subsidiary. All abbreviations and acronyms in this and other submissions shall be defined and explained.

Expert discovery shall close on or before **Monday, October 15, 2007**. In lieu of the status report previously scheduled to be filed by June 29, 2007, the parties shall file a joint status report on or before **Thursday, October 18, 2007**, with a proposal on how to proceed in the case, with milestones and timeline.

The court **SCHEDULES** a status conference for **Tuesday, October 23, 2007, at 12:30 p.m. EST**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (214) 749-2433 and defendant's counsel at (214) 880-9726. The parties shall be prepared to discuss future proceedings in the case. The trial in the above-captioned case will take place, at a location to be specified at a later date, between **Monday, January 28, 2008** and **Friday, February 15, 2008**. As the trial date approaches and witnesses are identified, it is the contemplation of the court that the time reserved for trial can be shortened.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**