# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: September 5, 2007**

## O R D E R

On September 5, 32007, the parties communicated with chambers staff, requesting an amendment of the current schedule to facilitate settlement discussions. As requested, the court revises the schedule, as follows. On or before **Tuesday, September 25, 2007**, the parties shall file a joint status report on settlement progress and, if settlement appears to be unlikely, also shall file a detailed, factual chronology, setting forth a description of the events pertaining to each transaction. The chronology shall specify: (A) the date of each event; (B) the entities and principals involved in each transaction; and (C) the purpose of each transaction. Further, an organizational chart shall be included, representing the relationships among each of the entities involved in the above-mentioned transactions, including the names of principals and the ownership of each subsidiary. All abbreviations and acronyms in this and other submissions shall be defined and explained.

The parties shall file a joint status report on or before **Thursday, October 18, 2007**, with a proposal on how to proceed in the case, including milestones and a timeline. The court's previously **SCHEDULED** status conference for **Tuesday, October 23, 2007, 12:30 p.m. EST** shall remain on the calendar. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (214) 749-2433 and defendant's counsel at (214) 880-9726. Expert discovery shall close on or before **Monday, October 29, 2007**. The parties shall address the impending closure of expert discovery at the status conference, and be prepared to discuss future proceedings in the case. A trial in the above-captioned case, at a location to be specified at a later date, remains scheduled between **Monday, January 28, 2008** and **Friday, February 15, 2008**. As the trial date approaches and witnesses are identified, the court contemplates that the time reserved for trial can be shortened.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**