# In the United States Court of Federal Claims

| | |
|---|---|
| TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | **No. 06-24T**<br>**Filed: October 3, 2007** |

**O R D E R**

On October 3, 2007, the parties in the above-captioned case communicated with chambers staff the significant progress made in their settlement discussions. The court commends the parties' efforts in this regard. As discussed with the parties on October 3, 2007, expert discovery, and the parties' October 5 and October 18, 2007 filings are suspended until further notice. However, the court's previously **SCHEDULED** status conference for **Tuesday, October 23, 2007, 12:30 p.m. EST**, shall remain on the calendar. Both parties will appear by telephone for the conference. Unless otherwise notified, the court will contact plaintiff's counsel at (214) 749-2460, and defendant's counsel at (214) 880-9726. The parties will be prepared to discuss their settlement progress at that time, as well as future settlement milestones and a timeline. The trial dates in the case, **Monday, January 28, 2008 - Friday, February 15, 2008**, also will remain on the calendar, until the court receives a joint stipulation of dismissal in the case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**