# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: October 23, 2007**

## O R D E R

The court held a status conference in the above-captioned case on October 23, 2007. The parties are commended for their continued settlement efforts. In this regard, on or before **Friday, November 2, 2007**, the parties shall file a joint status report indicating what remains to be done to settle the case, with milestones and a time line.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**