# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| **TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,** | * |
| **Plaintiffs,** | * |
| **v.** | * **No. 06-24T** |
| **UNITED STATES,** | * **Filed: November 9, 2007** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The court is in receipt of the parties' November 2, 2007 joint status report, reflecting their continued settlement progress, and appropriately identifying future milestones with an associated time line estimate. On or before **Monday, December 3, 2007**, the parties shall file another joint status report with the same detail contained in their November 2, 2007 joint status report. The previously scheduled trial dates of January 28 - February 15, 2008 shall remain on the calendar until the court reviews the parties' December 3, 2007 submission. In the event settlement discussions are unsuccessful, there is still time to schedule RCFC Appendix A filings, and to try the case on schedule. The parties also shall file a joint status report on or before **Monday, March 3, 2008**. If the parties do not sooner file a joint stipulation for entry of judgment, they also shall file a joint status report on or before **Thursday, May 1, 2008**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**