IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | No. 06-24-T<br>Judge Marian Blank Horn |
| Plaintiffs, | § | |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

The Court entered an Order on November 9, 2007, requiring them to file a joint status report by December 3, 2007, indicating what remains to be done to settle the case, with milestones and a time line. This Report is in response to that Order.

On November 9, 2007, the Defendant issued a revised acknowledgment letter to Plaintiffs reflecting its understanding of the revised offer, enclosing a revised draft of the Stipulation for Entry of Judgment and the IRS's computations of the amounts due. On November 30, 2007, counsel for Plaintiffs issued a letter to Defendant confirming that the revised acknowledgment letter correctly reflected the terms of their revised offer, but that they disagreed with the IRS computations of the amounts due and requested a revision in the Stipulation for Entry of Judgment.

## Remaining Milestones and Timeline

Steps remaining to be done include the following:

(1) Since Plaintiffs have confirmed that the revised acknowledgment letter correctly reflects the terms of their offer but disagree with the IRS computations of the amounts due, the parties will need to agree on the amounts due. Once agreement is reached, Defendant's attorneys in the Court of Federal Claims Section of the Tax Division will send a memorandum with the Section's recommendation that the offer be accepted to the Tax Division's Office of Review.

(2) The Office of Review will then consider the offer, and if it is determined that Plaintiffs' offer should be accepted, will send a letter of acceptance to counsel for Plaintiffs advising that the offer has been accepted and directing Plaintiffs to pay any amounts due in a lump sum payment within 60 days after acceptance of the offer, and enclosing a Stipulation for Entry of Judgment to be signed by Plaintiffs and TransCapital Management Associates Limited Partnership XII, the tax matters partner of Transcapital Leasing Associates 1994-I, L.P., stating that it concurs with the offer.

(3) Plaintiffs will pay any amounts due in a lump sum payment via wire transfer to an account designated by the Department of Justice within 60 days after acceptance of the offer, and will return the Stipulation For Entry of Judgment, signed by Plaintiffs and TransCapital Management Associates Limited Partnership XII. The Stipulation For Entry of Judgment will then be filed with the Court.

A projected time line for the remaining steps follows:

| Step | Estimated time |
|---|---|
| 1. | By December 19, 2007 |
| 2. | 90 - 180 days |
| 3. | 60 days after notice from the Office of Review |

Respectfully submitted,

**FOR PLAINTIFFS**

/s/ M. Todd Welty
M. TODD WELTY
MEADOWS, COLLIER, REED
COUSINS & BLAU, LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com

MICHAEL E. McCUE
mmccue@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

**FOR DEFENDANT**

/s/ Waymon G. DuBose, Jr.
WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
214 880-9721 Telephone
214 880-9741 Facsimile
waymon.g.dubose@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA