# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: December 5, 2007**

**O R D E R**

The court is in receipt of the parties' December 3, 2007 joint status report, reflecting their continued settlement progress, and identifying future milestones with associated time line estimates. Given the parties' progress, and the time line for the remaining milestones, the previously scheduled trial dates of January 28 - February 15, 2008 are taken off the calendar. To further discuss settlement progress, the court **SCHEDULES** a status conference for **Wednesday, January 9, 2008, 2:30 p.m. EST**. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (214) 749-2460, and defendant's counsel at (214) 880-9726.

The previously scheduled joint status reports to be filed on or before **Monday, March 3, 2008** and on or before **Thursday, May 1, 2008** shall remain on the calendar, unless the parties sooner file a joint stipulation for entry of judgment. These joint status reports shall indicate settlement milestones, with dates, both achieved and remaining to be accomplished. If the stipulation of dismissal is not received by the court on or before May 1, 2008, the parties shall file monthly joint status reports thereafter, with the next one due **Monday, June 2, 2008**.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**