# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: January 9, 2008**

## O R D E R

The court held a status conference in the above-captioned case on January 9, 2008, with the parties appearing by telephone. As discussed at the conference, defendant shall commence weekly reporting of settlement milestones, and a time line, with the first status report due on or before **Monday, January 14, 2008**. This weekly reporting, which shall continue until the court receives a joint stipulation of dismissal, replaces previously scheduled status reports.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**