IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | No. 06-24-T<br>Judge Marian Blank Horn |
| Plaintiffs, | § | |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**STATUS REPORT**

The court entered an Order on January 9, 2008, directing defendant to file a weekly status report, with settlement milestones and a time line, until the court receives a joint stipulation of dismissal, with the first status report due on or before January 14, 2008. This report is in response to that Order.

On January 11 , 2008, the defendant received revised IRS computations in response to plaintiffs' computations of the amount due under the settlement offer. The revised IRS computations are incorrect and will have to be redone. Defendant anticipates that the IRS computations can be redone and provided to plaintiffs on or before January 18, 2008.

Remaining Milestones and Timeline

Steps remaining to be done include the following:

(1) Once agreement on computations is reached, defendant's attorneys in the Court of Federal Claims Section of the Tax Division will send a memorandum with the Section's recommendation that the offer be accepted to the Tax Division's Office of Review.

(2) The Office of Review will then consider the offer, and if it is determined that plaintiffs' offer should be accepted, will send a letter of acceptance to counsel for plaintiffs, advising that the offer has been accepted and directing plaintiffs to pay any amounts due in a lump sum payment within 60 days after acceptance of the offer, and enclosing a Stipulation for Entry of Judgment to be signed by plaintiffs and TransCapital Management Associates Limited Partnership XII, the tax matters partner of Transcapital Leasing Associates 1994-I, L.P., stating that it concurs with the offer.

(3) Plaintiffs will pay any amounts due in a lump sum payment via wire transfer to an account designated by the Department of Justice within 60 days after acceptance of the offer, and will return the Stipulation For Entry of Judgment, signed by plaintiffs and TransCapital Management Associates Limited Partnership XII. The Stipulation For Entry of Judgment will then be filed with the Court.

A projected time line for the remaining steps follows:

| Step | Estimated time |
| --- | --- |
| 1. | By February 1, 2008. |
| 2. | 90 - 180 days |
| 3. | 60 days after notice from the Office of Review |

Respectfully submitted,

**FOR DEFENDANT**

/s/ Waymon G. DuBose, Jr.
WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
214 880-9721 Telephone
214 880-9741 Facsimile
waymon.g.dubose@usdoj.gov

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

/s/ Steven I. Frahm
STEVEN I. FRAHM

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA