# In the United States Court of Federal Claims

| | |
|---|---|
| **TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**<br>**Plaintiffs,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 06-24T**<br>**Filed: January 24, 2008** |

**O R D E R**

The court is in receipt of the defendant's January 22, 2008 status report, which is useful in identifying the pending settlement milestones for the above-captioned case. The court **SCHEDULES** a status conference for **Thursday, May 22, 2008, 2:30 p.m. DST**. The parties shall appear by telephone. Unless notified otherwise, plaintiff's counsel will be contacted at (214) 749-2460, and defendant's counsel will be contacted at (214) 880-9726. The parties will be prepared to discuss settlement progress (but no numbers). The status conference can only be cancelled by the court, and will not be cancelled unless the court receives a joint stipulation of dismissal. Defendant's next status report is due on or before **Tuesday, February 5, 2008**, and bi-weekly thereafter (instead of weekly reporting). The bi-weekly reporting shall continue until the court receives a joint stipulation of dismissal.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**