# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**Plaintiffs,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-24T**
**Filed: February 6, 2008**

**O R D E R**

The court is in receipt of the defendant's February 5, 2008 status report. The parties are commended for the significant settlement progress reflected in the report. Due to the parties' progress, the status conference previously set for May 22, 2008 is cancelled, and instead of the previous reporting schedule, the parties shall file joint status reports on **Tuesday, March 4, 2008** and **Wednesday, April 9, 2008**, unless a joint stipulation of dismissal is sooner received by the court. One party may file the joint status reports with the consent of the other party.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**