IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | No. 06-24-T<br>Judge Marian Blank Horn |
| Plaintiffs, | § | |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

The court entered an Order on February 5, 2008, directing the parties to file a joint status report on March 4, 2008, unless a joint stipulation of dismissal is sooner received by the court. This report is in response to that Order.

On February 4, 2008, the settlement offer was approved. The next day, a letter of acceptance was mailed to counsel for plaintiffs, advising that the offer has been accepted and directing plaintiffs to pay any amounts due in a lump sum payment within 60 days after acceptance of the offer, and enclosing a Stipulation for Entry of Judgment to be signed by plaintiffs and TransCapital Management Associates Limited Partnership XII, the tax matters partner of Transcapital Leasing Associates 1994-I, L.P., stating that it concurs with the offer.

Remaining Milestones and Timeline

Steps remaining to be done include the following:

(1) Plaintiffs will pay any amounts due in a lump sum payment via wire transfer to an account designated by the Department of Justice within 60 days after acceptance of the offer, and will return the Stipulation For Entry of Judgment, signed by plaintiffs and TransCapital Management Associates Limited Partnership XII. The Stipulation For Entry of Judgment will then be filed with the Court.

A projected time line for the remaining steps follows:

| Step | Estimated time |
|---|---|
| 1. | By April 7, 2008. |

Respectfully submitted,

**FOR PLAINTIFFS**

/s/ Michael E. Mccue
M. TODD WELTY
MEADOWS, COLLIER, REED
COUSINS & BLAU, LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com

MICHAEL E. McCUE
mmccue@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

**FOR DEFENDANT**

/s/ Waymon G. DuBose, Jr.
WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214 880-9721 Telephone
214 880-9741 Facsimile
waymon.g.dubose@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

/s/ Steven I. Frahm
STEVEN I. FRAHM

ATTORNEYS FOR DEFENDANT