IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| (1) TransCapital Leasing Associates 1994-I L.P., a Delaware limited partnership, (2) Plains Capital Corporation, a Texas corporation and its subsidiaries including (3) PlainsCapital Bank, a Texas banking association, f/k/a Plains National Bank, and (4) Plains Financial Corporation, a Texas corporation, A PARTNER OTHER THAN THE TAX MATTERS PARTNER, | § | No. 06-24 T<br>Judge Marian Blank Horn |
| Plaintiffs, | § | |
| v. | § | |
| United States of America, | § | |
| Defendant. | § | |

STIPULATION FOR ENTRY OF JUDGMENT`

COME NOW the plaintiffs and the defendant, the United States, to inform the Court of a settlement of the above-captioned TEFRA partnership proceedings, pursuant to RCFC Appendix F, Rule 7(a), *i.e.*, by a stipulation of the Tax Matters Partner for the partnership, consenting to the entry of the proposed judgment set forth below. See RCFC 54(a) and I.R.C. Section 6224(c).[1]

At issue in the above-captioned case are Notices of Final Partnership Administrative Adjustments for the taxable years 1994, 1995, 1996, 1997, 1998, 1999, and 2000, for the partnership--TransCapital Leasing Associates 1994-I L.P. The Tax Matters Partner for

[1] The parties believe that the Court should direct the Clerk of Court to enter a judgment reciting contents of the proposed judgment described in this stipulation.

TransCapital Leasing Associates 1994-I L.P., hereby stipulates and agrees on its behalf and on behalf of TransCapital Leasing Associates 1994-I L.P., to the entry of the following proposed judgment.

PROPOSED JUDGMENT

The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued August 15, 2005, and August 29, 2005, to TransCapital Management Associates Limited Partnership XII (TMALP XII), the tax matters partner of TransCapital Leasing Associates 1994-I L.P. for the taxable years taxable years 1994, 1995, 1996, 1997, 1998, 1999, and 2000[2] are correct except that a 10 percent accuracy related penalty shall be imposed as provided by I.R.C. Section 6662(a). See I.R.C. Section 6226(f). No other penalties shall be asserted against the partnership or the plaintiffs in this case.

CONSENT AND CERTIFICATION

The undersigned Tax Matters Partner for TransCapital Leasing Associates 1994-I L.P., by executing this stipulation, consents to the entry of proposed judgment set forth above and certifies that no party objects, nor does any individual taxpayer affected by this proposed judgment object.

TransCapital Leasing Associates 1994-I L.P.

By: TransCapital Management Associates Limited Partnership XII
Tax Matters Partner

By: /s/ Joseph F. Campagna
[Name and title]

[2]Failure-to-pay penalties on year 2000 have been assessed as provided by I.R.C. Section 6656 and paid and will be retained by defendant.

Respectfully submitted,

**FOR PLAINTIFFS**

/s/ Michael E. McCue
M. TODD WELTY
Meadows, Collier, Reed
Cousins & Blau, LLP
901 Main Street, Suite 3700
Dallas, TX 75202
(214) 744-3700 Telephone
(214) 747-3732 Facsimile
twelty@meadowscollier.com
MICHAEL E. McCUE
mmccue@meadowscollier.com

ATTORNEYS FOR PLAINTIFFS

**FOR DEFENDANT**

/s/ Waymon G. DuBose, Jr.
WAYMON G. DUBOSE, JR.
Attorney of record
Tax Division
U. S. Department of Justice
Maxus Energy Tower
717 N. Harwood, Suite 400
Dallas, Texas 75201
214 880-9721 Telephone
214 880-9741 Facsimile
waymon.g.dubose@usdoj.gov

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
JON E. FISHER
DAVID B. COFFIN
DAVID R. HOUSE
Of Counsel

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA