# In the United States Court of Federal Claims

| | |
|---|---|
| **TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,** **Plaintiffs,** **v.** **UNITED STATES,** **Defendant.** | **No. 06-24T** **Filed: April 8, 2008** |

**O R D E R**

The court is in receipt of the parties' April 8, 2008 Stipulation for Entry of Judgment in the above-captioned tax partnership case. Pursuant to a settlement by the parties, the Stipulation for Entry of Judgment, and RCFC Appendix F, Rule 7(a), the clerk's office shall enter **JUDGMENT**, as follows:

The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued August 15, 2005, and August 29, 2005, to TransCapital Management Associates Limited Partnership XII (TMALP XII), the tax matters partner of TransCapital Leasing Associates 1994-I L.P. for the taxable years 1994, 1995, 1996, 1997, 1998, 1999, and 2000 are correct except that a 10 percent accuracy related penalty shall be imposed as provided by I.R.C. Section 6662(a). See I.R.C. Section 6226(f). Failure-to-pay penalties on year 2000 have been assessed as provided by I.R.C. Section 6656 and paid and will be retained by defendant. No other penalties shall be asserted against the partnership or the plaintiffs in this case.

As a result of the successful settlement of this case, the April 9, 2008, Joint Status Report is cancelled. The May 9, 2008 Status Conference scheduled for May 22, 2008 was cancelled earlier.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**