# In the United States Court of Federal Claims

**No. 06-24 T**

**TRANSCAPITAL LEASING ASSOCIATES 1994-I L.P., et al.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 8, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued August 15, 2005, and August 29, 2005, to TransCapital Management Associates Limited Partnership XII (TMALP XII), the tax matters partner of TransCapital Leasing Associates 1994-I L.P. for the taxable years 1994, 1995, 1996, 1997, 1998, 1999, and 2000 are correct except that a 10 percent accuracy related penalty shall be imposed as provided by I.R.C. Section 6662(a). See I.R.C. Section 6226(f). Failure-to-pay penalties on year 2000 have been assessed as provided by I.R.C. Section 6656 and paid and will be retained by defendant. No other penalties shall be asserted against the partnership or the plaintiffs in this case.

John S. Buckley
Acting Clerk of Court

**April 10, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.